**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | **No. 06-20131-01-KHV** |
| **MAURICE HARRIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

On February 3, 2009, the Court sentenced defendant to 324 months in prison and five years of supervised release. On February 11, 2015, under Amendment 782 to the Sentencing Guidelines, the Court reduced defendant's sentence to 262 months. This matter is before the Court on defendant's Unopposed Emergency Motion For Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #121) filed February 19, 2021. For substantially the reasons stated in defendant's motion and for reasons stated below, the Court sustains defendant's motion.

Defendant is 80 years old. He currently is confined at MCFP Springfield, a Bureau of Prisons ("BOP") medical facility in Springfield, Missouri. He states that because of various medical issues including coronary artery disease, ischemic cardiomyopathy, implanted cardiac defibrillator and pacemaker, hypertension, chronic kidney disease stage III and glaucoma, he is at high risk of severe illness or death if he contracts COVID-19. With good time credit, defendant's projected release date is October 26, 2025. He asks the Court to reduce his sentence to time served. The government does not oppose his request.

Defendant has exhausted administrative remedies. He also has shown exceptional and compelling reasons for a reduced sentence under 18 U.S.C. § 3582(c)(1)(A)(i). In addition, a

reduced sentence is consistent with the sentencing factors in 18 U.S.C. § 3553(a). Defendant already has served approximately 156 months in prison (the equivalent of 180 months with good time credit or nearly 70 percent of his sentence). In light of defendant's current medical conditions, his age, the COVID-19 pandemic and the applicable factors under 18 U.S.C. § 3553(a), the Court finds that a sentence of time served is sufficient, but not greater than necessary, to reflect the seriousness of the offense, afford adequate deterrence, protect the public and provide defendant needed treatment in the most effective manner. See 18 U.S.C. § 3553(a)(2)(A)–(D). Accordingly, the Court reduces defendant's sentence of 262 months in prison to time served. Defendant shall remain subject to his standard term of supervised release of five years, which will begin immediately after his release from BOP custody.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Emergency Motion For Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #121) filed February 19, 2021 is **SUSTAINED**. **The Court reduces defendant's sentence of 262 months in prison to TIME SERVED. During the first 14 days after release from BOP custody, defendant shall self-quarantine.**

Except as modified above, all other terms and conditions of the Judgment In A Criminal Case (Doc. #75) filed February 4, 2009 shall remain in effect.

Dated this 22nd day of February, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge